Michael Joseph SIMS, Plaintiff–
Appellant,

v.

Gary B. RANDALL; Don Kleine; Corey
O'Brien; Jeffrey John Lux; George R.
Love; Jon Bruning; Jill Lustgarten;
Unknown # 1; Unknown # 2; Un-
known # 3, Defendants–Appellees.

No. 12–3117.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 11, 2013.

Filed: Feb. 14, 2013.

Before MURPHY, SMITH, and
COLLOTON, Circuit Judges.

PER CURIAM.

Michael Joseph Sims appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint, and the denial of his motion seeking reconsideration of the dismissal. Having carefully reviewed the record and Sims's brief, we find no error warranting reversal. We therefore affirm the dismissal and the denial of the motion for reconsideration. *See* 8th Cir. R. 47B.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.